United States District Court
Southern District of Texas
**ENTERED**
June 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JW Rentals, Inc.** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-301 |
| | § | |
| **Univar Solutions USA, Inc.** | § | |
| Defendant. | | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court GRANTS the stipulation and dismisses the case with prejudice.

Signed this __24th__ day of ____June____, 2021.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

___/s/ John Swallow_____
John Swallow